UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Mag. No. 15-MJ-5515 (KMW)

v. :

JAYSON A. QUINONES : CONTINUANCE ORDER

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey, (Steven D'Aguanno, Assistant United States Attorney, appearing), and defendant Jayson A. Quinones (Ralph A. Jacobs, Esquire, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately sixty (60) days to allow the parties to review informal discovery, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance through his attorney and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Counsel for the United States has represented to this Court that plea negotiations are currently in progress, that defendant, through counsel, has consented to this Order, and that both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS on this __11th__ day of May, 2015,

ORDERED that this action be, and hereby is, continued from May 11, 2015, through and including July 11, 2015

IT IS FURTHER ORDERED that the period from the date this Order is signed through **July 11, 2015** shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE KAREN M. WILLIAMS
United States Magistrate Judge

Form and entry
consented to:

STEVEN D'AGUANNO
Assistant United States Attorney

Dated: 5-8-15

APPROVED:

R. STEPHEN STIGALL
Attorney-in-Charge, Camden

Dated: 5/8/15

RALPH A. JACOBS, ESQUIRE
Counsel for Jayson A. Quinones

Dated: 5/11/2015